UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SECURITIES AND EXCHANGE COMMISSION,  :     NOTICE OF MOTION
:
- v. -                               :     ECF Case
:
JOSEPH LEWIS, et. al.,               :     No. 23 Civ. 6438 (CM)
:
Defendants.                          :
:
------------------------------------------------------------------X

PLEASE TAKE NOTICE that upon the Complaint in the above-captioned action; the Indictment in the criminal case *United States v. Joseph Lewis, et al.*, 23 Cr. 370 (JGLC) (the "Criminal Case"); and the accompanying memorandum of law, the United States of America, by its attorney Damian Williams, United States Attorney for the Southern District of New York, and Jason Richman and Nicholas Roos, Assistant United States Attorneys, will move this Court for an order (i) to intervene in the above-captioned case, pursuant to Rule 24 of the Federal Rules of Civil Procedure, and (ii) to stay this matter until the conclusion of the Criminal Case, as well as for such other relief as the Court deems just and proper.

Dated:  New York, New York
        September 29, 2023

                                            DAMIAN WILLIAMS
                                            United States Attorney

                                            /s/     Jason A. Richman
                                            Jason Richman
                                            Assistant United States Attorney
                                            Telephone: (212) 637-2589