UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

SECURITIES AND EXCHANGE COMMISSION,

   - v. -

JOSEPH LEWIS, et. al.,

                 Defendants.

-------------------------------------------------------------X

NOTICE OF MOTION

ECF Case

No. 23 Civ. 6438 (CM)

PLEASE TAKE NOTICE that upon the Complaint in the above-captioned action; the Indictment in the criminal case *United States v. Joseph Lewis, et al.*, 23 Cr. 370 (JGLC) (the "Criminal Case"); and the accompanying memorandum of law, the United States of America, by its attorney Damian Williams, United States Attorney for the Southern District of New York, and Jason Richman and Nicholas Roos, Assistant United States Attorneys, will move this Court for an order (i) to intervene in the above-captioned case, pursuant to Rule 24 of the Federal Rules of Civil Procedure, and (ii) to stay this matter until the conclusion of the Criminal Case, as well as for such other relief as the Court deems just and proper.

Dated: New York, New York
September 29, 2023

DAMIAN WILLIAMS
United States Attorney

/s/   Jason A. Richman
Jason Richman
Assistant United States Attorney
Telephone: (212) 637-2589

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/8/2023

MEMO ENDORSED

11/8/2023
As there is no opposition, the United States Attorney's motion for leave to intervene is GRANTED and this matter is stayed in all respects pending the conclusion of the defendant's criminal case.