

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
WASHINGTON, D.C. 20549

DIVISION OF
ENFORCEMENT

August 14, 2025

Hon. Colleen McMahon
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007

Re:    *S.E.C. v. Lewis et al.,* No. 1:23-cv-06438-CM (S.D.N.Y.)

Dear Judge McMahon:

     We write on behalf of Plaintiff U.S. Securities and Exchange Commission (the "Commission") in response to the Court's order of August 13, 2025 (ECF No. 38) directing the parties to report on the status of the above-captioned litigation.

     On November 8, 2023, the Court stayed this case pending the resolution of the related criminal proceeding. (ECF No. 32.) With the stay in place, the Commission was able to come to terms with two of the Defendants. Accordingly, the Court entered final consent judgments as to Defendants Joseph C. Lewis and Carolyn W. Carter on November 26, 2024 and February 13, 2025, respectively. (ECF Nos. 35 & 37.)

     While it has been our understanding that the stay remains in place as to the two remaining defendants, Patrick J. O'Connor and Bryan L. Waugh (the "Remaining Defendants"), we have been diligently negotiating settlements and have reached agreements in principle with the Remaining Defendants that, if ultimately approved by the Court, would fully resolve this matter, including as to the Relief Defendant, Jean J. O'Connor.

     We are currently in the process of seeking the Commission's approval of the settlements with the Remaining Defendants. If final consent agreements as to both Remaining Defendants have not been presented to the Court for its approval on or before September 29, 2025, we propose filing an initial status report with the Court on that day, and every 30 days thereafter, until such times as final consent settlements have been presented to the Court. If either party withdraws from the agreement in principle for any reason, we will promptly inform the Court of that development.

Counsel for the Remaining Defendants have represented to us that they have reviewed this letter and have no objection to the representations made herein.

          Respectfully submitted,

          /s/ Timothy Work
          Timothy Work
          Senior Counsel
          U.S. Securities and Exchange Commission
          100 F Street, NE
          Washington, DC 20549
          (202) 551-8115
          workt@sec.gov

          *Counsel for Plaintiff*